UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                  :
                                               :
        -against-                              :     08-CR-1026 (VEC)
                                               :
    RONDELLE TRINIDAD,                         :     ORDER
                                               :
                        Defendant.             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 25, 2020, the parties appeared for a conference with this Court; and

WHEREAS at the February 25, 2020 conference, Defendant entered a plea of not guilty to the specifications in the October 23, 2019 violation report; and

IT IS HEREBY ORDERED THAT the parties appear for a status conference on March 16, 2020 at 2:00 p.m.;

IT IS FURTHER ORDERED that Mr. Richard Lind, is provisionally APPOINTED as counsel for Defendant. Mr. Lind must file a notice of appearance no later than March 2, 2020, and Mr. Trinidad must file a financial affidavit showing that he is qualified for CJA counsel also by March 2, 2020.

**SO ORDERED.**

Date: February 25, 2020
New York, NY

**VALERIE CAPRONI**
**United States District Judge**