UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/13/2020___

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                    :
                                             :
            -against-                        :            08-CR-1026 (VEC)
                                             :
RONDELLE TRINIDAD,                           :            ORDER
                                             :
                          Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is scheduled for March 16, 2020;

IT IS HEREBY ORDERED that the status conference is adjourned to **March 19, 2020,**

**at 3:30 p.m.**

**SO ORDERED.**

**Date:  March 13, 2020                        VALERIE CAPRONI**
**        New York, NY                         United States District Judge**