```
UNITED STATES DISTRICT COURT                    │ USDC SDNY                    │
SOUTHERN DISTRICT OF NEW YORK                   │ DOCUMENT                     │
------------------------------------------- X   │ ELECTRONICALLY FILED         │
   UNITED STATES OF AMERICA,         :          │ DOC #:_____        │
                                                │ DATE FILED:  3/13/2020       │
         -against-                   :            08-CR-1026 (VEC)
                                     :
   RONDELLE TRINIDAD,                :            ORDER
                                     :
                        Defendant.   :
------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is scheduled for March 19, 2020;

IT IS HEREBY ORDERED that the status conference is adjourned to **April 24, 2020, at 2:00 p.m.**

**SO ORDERED.**

**Date: March 13, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**