**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 16, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/17/2020
```

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

　　　　Re:　*United States v. Rondelle Trinidad*
　　　　　　**08-cr-1026 (VEC)**

Dear Judge Caproni:

　　　　The Government submits this letter requesting that the VOSR conference in the above-captioned case, currently scheduled for April 24, be adjourned for six weeks in light of the COVID-19 pandemic. The Probation Department and defense counsel consent to the request.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GEOFFREY S. BERMAN
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　by:　/s/ Rebecca T. Dell
　　　　　　　　　　　　　　　　Rebecca T. Dell
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　(212) 637-2198

cc: Richard Lind, Esq.  (By ECF)

　　　Application GRANTED. The VOSR conference is adjourned to **June 12, 2020, at 2:00 p.m.**

　　　SO ORDERED.

　　　　　　　　　*Valerie Caproni*
　　　　　　　　　　　　　　　　4/17/2020

　　　HON. VALERIE CAPRONI
　　　UNITED STATES DISTRICT JUDGE