USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/8/2020__



# RICHARD B. LIND
Attorney at Law
575 Lexington Avenue – 4th Floor
Telephone: (212) 888-7725
Email: rlind@lindlawyer.com

June 5, 2020

**By ECF**

Hon. Valerie Caproni
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY  10007

      Re:    United States v. Rondelle Trinidad
                   08 Cr. 1026 (VEC)

Dear Judge Caproni:

    I am the CJA attorney for Rondelle Trinidad, the defendant in the above-captioned matter. I submit this letter requesting that the VOSR conference in this case, currently scheduled for June 12, be adjourned for slightly more than seven weeks, to a date between August 3 and August 6, 2020 in light of the COVID-19 pandemic. The government and the Probation Department consent to the request. I am not available between August 7 and August 28.

    Thank you for the Court's consideration of this request.

                             Respectfully submitted,

                             _____/s/_____
                             Richard B. Lind

cc: AUSA Rebecca T. Dell  (by ECF)

Application GRANTED.  The VOSR conference is adjourned to **August 5, 2020, at 2:00 p.m.**

SO ORDERED.

*Valerie Caproni* (signature)
6/8/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE