```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,

       -against-                                  08-CR-1026 (VEC)

   RONDELLE TRINIDAD,                          ORDER

                          Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a VOSR hearing is scheduled for December 3, 2020;

       IT IS HEREBY ORDERED that, due to the rising number of COVID-19 cases in New York City, the VOSR hearing is adjourned to **January 26, 2021, at 2:00 p.m.**, at which time the Court hopes the hearing can safely proceed in person.


**SO ORDERED.**

Date:  November 23, 2020
         New York, NY                           _____
                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**